IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **A.M.** *et al.*, | |
| *Plaintiffs*, | Civil Action |
| v. | No. 21-cv-1926 |
| **WALLINGFORD-SWARTHMORE SCHOOL DISTRICT,** | |
| *Defendant*. | |

## ORDER

**AND NOW**, this 21st day of September, 2022, upon consideration of Plaintiffs' Motion for Judgment on the Administrative Record (ECF No. 17), Defendant's response and cross-Motion for Judgment on the Administrative Record (ECF No. 20), Plaintiffs' response to Defendant's cross-motion (ECF No. 21), Defendant's reply (ECF No. 23), and the parties' supplemental briefing following remand (ECF Nos. 27 and 28), and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that:

1. Plaintiffs' Motion for Judgment on the Administrative Record (ECF No. 17) is **DENIED**.

2. Defendant's Cross-Motion for Judgment on the Administrative Record (ECF No. 20) is **GRANTED**.

3. **JUDGMENT** is entered **AFFIRMING** the Hearing Officer's amended decision (ECF No. 26).

4. The Clerk of Court shall mark this case **CLOSED**.

**BY THE COURT:**

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**